| Prob 35 (Rev. 1/92) | Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date |

# United States District Court
## FOR THE
### WESTERN DISTRICT OF MISSOURI

**UNITED STATES OF AMERICA**

v.

**WENDY ELAINE BENTZEN**

Docket No.:

Crim. No.   08-04045-01-CR-C-ODS

On May 27, 2009, the above named was placed on probation for a period of 5 years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

*Cheryl L. Smallwood*

Cheryl L. Smallwood
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the report submitted by the Probation Office on January 14, 2014, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

/s/ Ortrie D. Smith
ORTRIE D. SMITH
Senior U.S. District Judge

Dated this 14th day of January, 2014.